KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
BRIAN G. LEE (State Bar No. 300990)
blee@yoonlaw.com
**YOON LAW, APC**
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

JS-6

Attorneys for Plaintiff Gabriela Ortolani

BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
Natalie R. Alameddine (SBN 296423)
NAlameddine@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant,
FREEDOM MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA ORTOLANI, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>   v.<br><br>FREEDOM MORTGAGE CORPORATION, an unknown entity, and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: 5:17-CV-01462 JGB (KKx)<br><br>[Hon. Jesus G. Bernal, Courtroom 1]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41 (A)(1)(A)(ii)** |

1

# ORDER

Having reviewed and considered the Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), and good cause appearing for same,

**IT IS ORDERED THAT:**

1. Plaintiff Gabriela Ortolani's individual claims are dismissed without prejudice.
2. Class allegations are dismissed without prejudice
3. All parties assume their own attorneys' fees and costs.
4. All parties waive all rights of appeal and/or requests for fees or costs.

Dated: December 11, 2018

By: _____
Honorable Jesus G. Bernal
United States District Court Judge

ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41 (A)(1)(A)(ii)